**Electronically Filed
Supreme Court
SCWC-24-0000775
08-SEP-2025
08:09 AM
Dkt. 28 ODAC**

SCWC-24-0000775

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

WILLIAM H. GILLIAM,
Petitioner/Defendant-Appellant,

and

PACIFIC RIM PROPERTY SERVICE CORPORATION, a Hawai'i Corporation,
Respondent/Defendant/Counterclaimant-Appellee; and
DIRECTOR OF FINANCE, COUNTY OF KAUAI,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000775; CASE NO. 5CC161000063)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, in place of Recktenwald, C.J., recused)

Petitioner's application for writ of certiorari, filed on July 18, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, September 8, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A. Jackson

